IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| WASHINGTON MUTUAL, INC., *et al.*,[1] | Case No. 08-12229 (MFW) |
| *Debtors.* | Jointly Administered |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, | |
| *Plaintiff,* | |
| v. | |
| WASHINGTON MUTUAL, INC. AND WMI INVESTMENT CORP., | Adv. Proc. No. 09-50551 (MFW) |
| *Defendants for all claims,* | **Oral Argument Requested** |
| -and- | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, | |
| *Additional Defendant for Interpleader Claim.* | |

(Caption continued on next page)

---

[1] Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification numbers are: (a) Washington Mutual, Inc. (3725); and (b) WMI Investment Corp. (5395). Debtors continue to share their principal offices with the employees of JPMorgan Chase located at 1301 Second Avenue, Seattle, Washington 98101.

{683.001-W0001171.}

```
─────────────────────────────────
WASHINGTON MUTUAL, INC. AND     : x
WMI INVESTMENT CORP.,           :
                                :
              Plaintiffs,       :
                                :    Adv. Proc. No. 09-50934 (MFW)
       v.                       :
                                :    Oral Argument Requested
JPMORGAN CHASE BANK, NATIONAL   :
ASSOCIATION,                    :
                                :
              Defendant.        :
─────────────────────────────────  x
```

## JPMORGAN CHASE BANK, N.A.'S NOTICE OF APPEAL

Robert A. Sacks
Hydee R. Feldstein
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067
Telephone: (310) 712-6600

Bruce E. Clark
Stacey R. Friedman
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000

Dated: July 10, 2009

Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
LANDIS RATH & COBB LLP
919 Market Street Suite 1800
Wilmington, Delaware 19899
Telephone: (302) 467-4400

*Counsel for JPMorgan Chase Bank,
National Association*

## JPMORGAN CHASE BANK, N.A.'S NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 158(a)(1), JPMorgan Chase Bank, National Association ("JPMC"), by and through its undersigned counsel, hereby appeals pursuant to the collateral order doctrine and, in the alternative, is moving the United States District Court for the District of Delaware pursuant to 28 U.S.C. § 158(a)(3) and Rule 8003 of the Federal Rules of Bankruptcy Procedure for leave to appeal, from the following orders of the United States Bankruptcy Court for the District of Delaware, entered on the 6th day of July, 2009 (collectively, the "Orders"):

- Order Denying Motion to Dismiss Adversary Proceeding Filed by JPMorgan Chase Bank, National Association (Adv. Proc. No. 09-50934 (MFW), Docket Item No. 64);

- Order Denying (A) Motion of Defendant JPMorgan Chase Bank, N.A. to Stay and (B) Motion of Intervenor-Defendant Federal Deposit Insurance Corporation, as Receiver, to Stay or Dismiss Adversary Proceeding (Adv. Proc. No. 09-50934 (MFW), Docket Item No. 62);

- Order Denying Motion of Federal Deposit Insurance Corporation, as Receiver, to Stay Adversary Proceeding (Adv. Proc. No. 09-50551 (MFW), Docket Item No. 68).

JPMC intends to take a single appeal from the three Orders insofar as each of these Orders is based on the Bankruptcy Court's determination that the jurisdictional bar imposed by the Financial Institutions Reform, Recovery, and Enforcement Act of 1989, Pub. L. No. 101-73, 103 Stat. 183 (1989), codified in relevant part at 12 U.S.C. § 1821(d)(13)(D), does not divest the Bankruptcy Court of jurisdiction over the claims raised in the above-captioned adversary proceedings.

The names of all parties to the Orders appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

*JPMorgan Chase Bank, National Association*

Adam G. Landis
Matthew B. McGuire
LANDIS RATH & COBB LLP
919 Market Street Suite 1800
Wilmington, Delaware 19899
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

Robert A. Sacks
Hydee R. Feldstein
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067
Telephone: (310) 712-6600
Facsimile: (310) 712-8800

Bruce E. Clark
Stacey R. Friedman
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Washington Mutual, Inc. and WMI Investment Corp.*

Rafael X. Zahralddin-Aravena
Neil R. Lapinski
Shelley A. Kinsella
ELLIOTT GREENLEAF
1105 North Market Street, Suite 1700
Wilmington, Delaware 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399

Peter E. Calamari
Michael B. Carlinsky
Susheel Kirpalani
David Elsberg
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
51 Madison Avenue
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Federal Deposit Insurance Corporation (as Receiver)*

Robert S. Brady
M. Blake Cleary
Jaime N. Luton
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395

Thomas R. Califano
John J. Clarke, Jr.
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Official Committee of Unsecured Creditors of Washington Mutual, Inc. and WMI Investment Corp.*

David B. Stratton
Evelyn J. Meltzer
John Henry Schanne, II
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 North Market Street
Wilmington, Delaware 19801
Telephone: (302) 777-6500
Facsimile: (302) 421-8390

Laurence Z. Shiekman
Elizabeth S. Campbell
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, Pennsylvania 19103
Telephone: (212) 981-4000
Facsimile: (215) 981-4750

The following are not parties to the orders appealed from, but they will receive copies of this Notice of Appeal:

*Federal Deposit Insurance Corporation (in Its Corporate Capacity)*

Dorothy Ashley Doherty
3503 North Fairfax Drive
VS-D7022
Arlington, Virginia 22226-3500
Telephone: (703) 562-2377
Facsimile: (703) 562-2477

*Ad Hoc Committee of Dime Savings Umbrella Trust Beneficiaries and Trust Committee*

Kurt F. Gwynne
Mark W. Eckard
REED SMITH LLP
1201 Market Street, Suite 1500
Wilmington, Delaware 19801
Telephone: (302) 778 7500
Facsimile: (302) 778-7575

J. Andrew Rahl
James M. Andriola
REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450

*Washington Mutual, Inc. Noteholders Group*

Jeffrey M. Schlerf
Eric M. Sutty
FOX ROTHSCHILD LLP
919 North Market Street, Suite 1600
Wilmington, Delaware 19801
Telephone: (302) 654-7444
Facsimile: (302) 656-8920

David S. Rosner
Adam L. Shiff
Paul M. O'Connor III
Seth A. Moskowitz
KASOWITZ BENSON TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

Dated: July 10, 2009
       Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Adam Landis*

Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
919 Market Street Suite 1800
Wilmington, Delaware 19899
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

– and –

Robert A. Sacks
Hydee R. Feldstein
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067
Telephone: (310) 712-6600
Facsimile: (310) 712-8800

Bruce E. Clark
Stacey R. Friedman
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Counsel for JPMorgan Chase Bank, National Association*