IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------x
JPMORGAN CHASE BANK, N.A., :
:
        *Appellant*, :
:
v. :
                                          : Docket No. 09-mc-00115-GMS
WASHINGTON MUTUAL, INC. :
:
-and- :
:
WMI INVESTMENT CORP., :
:
        *Appellees*. :
:
:
---------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE  )
                            ) SS
NEW CASTLE COUNTY  )

      Michelle M. Dero, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, attorneys for JPMorgan Chase Bank, National Association in the above-referenced cases, and that on the 31st day of July, 2009, she caused a copy of the following documents:

**JPMORGAN CHASE BANK, N.A.'S REPLY BRIEF IN FURTHER SUPPORT OF ITS APPEAL UNDER THE COLLATERAL ORDER DOCTRINE OR, IN THE ALTERNATIVE, ITS MOTION FOR LEAVE TO APPEAL** [Docket No. 5]

**RULE 7.1 STATEMENT** [Docket No. 6]

to be served upon the parties identified on the attached service list in the manner indicated.

                                                  */s/ Michelle M. Dero*
                                                  Michelle M. Dero

     SWORN TO AND SUBSCRIBED before me this 4th day of August, 2009.

                                                  */s/ Cassandra D. Lewicki*
                                                Notary Public

                                                 CASSANDRA D. LEWICKI
{683.001-W0001820.}                          Notary Public - State of Delaware
                                                 My commission expires Dec. 1, 2012

**SERVICE *VIA* HAND DELIVERY & FIRST CLASS MAIL**

***Via* Hand Delivery**

(Counsel for Debtors)
Mark D. Collins, Esquire
Chun I. Jang, Esquire
Lee E. Kaufman, Esquire
*Richards, Layton & Finger, P.A.*
One Rodney Square
920 North King Street
Wilmington, DE 19801

(Special Litigation and Conflicts Co-Counsel for Debtors)
Rafael X. Zahralddin-Aravena, Esquire
Neil R. Lapinski, Esquire
*Elliott Greenleaf*
1105 North Market Street, Suite 1700
Wilmington, DE 19801

Joseph J. McMahon, Jr., Esquire
*Office of the United States Trustee*
844 King Street, Room 2207
Wilmington, DE 1980

(Counsel for FDIC – Receiver)
M. Blake Cleary, Esquire
*Young Conaway Stargatt & Taylor, LLP*
1000 West Street, 17th Floor
Wilmington, DE 19801

(Counsel for Trust Committee and Ad Hoc Committee)
Kurt F. Gwynne, Esquire
*Reed Smith LLP*
1201 Market Street, Suite 1500
Wilmington, DE 19801

(Counsel for Official Committee of Unsecured Creditors)
David B. Stratton, Esquire
Evelyn J. Meltzer, Esquire
*Pepper Hamilton LLP*
1313 North Market Street
Wilmington, DE 19801

(Counsel for Washington Mutual, Inc. Noteholders Group)
Jeffrey M. Schlerf, Esquire
Eric M. Sutty, Esquire
*Fox Rothschild LLP*
919 North Market Street, Suite 1600
Wilmington, DE 19801

***Via* First Class Mail**

*WMI Investment Corp.*
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

*Washington Mutual, Inc.*
c/o Corporation Service Company
6500 Harbour Heights Parkway
Mukliteo, WA 98275

(Counsel for Debtors)
Brian S. Rosen, Esquire
Marcia L. Goldstein, Esquire
Michael F. Walsh, Esquire
*Weil, Gotshal & Manges LLP*
767 Fifth Avenue
New York, NY 10153

(Special Litigation and Conflicts Co-Counsel for Debtors)
Peter E. Calamari, Esquire
Michael B. Carlinsky, Esquire
*Quinn Emanuel Urquhart Oliver & Hedges*
51 Madison Avenue
New York, NY 10010

(Counsel for Official Committee of Unsecured Creditors)
Laurence Z. Shiekman, Esquire
Elizabeth S. Campbell, Esquire
*Pepper Hamilton LLP*
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103

{683.001-W0001820.}

(Counsel for Trust Committee and Ad Hoc Committee)
J. Andrew Rahl, Esquire
*Reed Smith LLP*
599 Lexington Avenue
New York, NY 10022

(Counsel for FDIC – Receiver)
Thomas R. Califano, Esquire
John J. Clarke, Jr., Esquire
*DLA Piper LLP (US)*
1251 Avenue of the Americas
New York, NY 10020-1104

(Counsel for Harold Johnson and Gerald Pittenger, Beneficiaries Under Great Western Trusts)
Merrilee A. MacLean, Esquire
*Karr Tuttle Campbell*
1201 Third Avenue, Suite 2900
Seattle, WA 98101

D. Ashley Doherty, Esquire
*Federal Deposit Insurance Corporation*
3501 Fairfax Drive, VS-D7022
Arlington, VA 22226

(Counsel for Washington Mutual, Inc. Noteholders Group)
David S. Rosner, Esquire
Adam L. Shiff, Esquire
Paul M. O'Connor, Esquire
Seth A. Moskowitz, Esquire
*Kasowitz Benson Torres & Friedman LLP*
1633 Broadway
New York, NY 10019