IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: Washington Mutual Inc et al               Docket Item # 14

|  |  |  |
|---|---|---|
| JPMorgan Chase Bank National Association | ) ) | |
| Appellant | ) | Civil Action No.  09cv615 GMS |
| v. | ) ) ) | |
| Washington Mutual Inc. et al | ) | |
| Appellee | ) | Bankruptcy Case No. 08-12229 ADV 09-50551 AP 09-63 |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following orders of the Bankruptcy Court dated 7/6/2009 was docketed in the District Court on 8/17/2009:

Order Denying Motion to Dismiss Adversary Proceeding
Order Denying (A) Motion to Stay and (B) Motion to Stay or Dismiss
Order Denying Motion to Stay Adversary Proceeding

Please place the civil action number and caption listed above on all papers concerning this matter. Rules contained in Part VIII of the Federal Rules of Bankruptcy Procedure apply. **When filing a brief, in addition to the electronically filed document, counsel shall submit to the Clerk's Office of the U.S. District Court a courtesy copy of the brief.** Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

Peter T. Dalleo
Clerk of Court

Date:  August 17, 2009
To:    U.S. Bankruptcy Court
       Counsel