# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J.A. POPPER
TERESA A. CHEEK
NEILLI MULLEN WALSH
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER

DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL
ELENA C. NORMAN
EDMON L. MORTON
JOHN E. TRACEY
ADAM W. POFF
SEAN M. BEACH
JOSEPH M. BARRY
SHARON M. ZIEG
DAVID R. HURST

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338
WWW.YOUNGCONAWAY.COM

DIRECT DIAL: 302-571-6714
DIRECT FAX: 302-576-3287
mbcleary@ycst.com

RYAN M. BARTLEY
DONALD J. BOWMAN, JR.
MICHELE SHERRETTA BUDICAK
EMILY V. BURTON
ERIKA R. CAESAR
JEFFREY T. CASTELLANO
DOUGLAS T. COATS
KARA HAMMOND COYLE
KRISTEN SALVATORE DEPALMA
MARGARET M. DIBIANCA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
KERRIANNE MARIE FAY
WILLIAM E. GAMGORT
KEVIN P. GARLAND
MARGARET WHITEMAN GREECHER
SEAN T. GREECHER
FRANK GRESE, III (NY ONLY)
MEGAN C. HANEY
A. DAVID HANSEN
STEPHANIE L. HANSEN
JAMES L. HIGGINS

SPECIAL COUNSEL
EDWARD J. KOSMOWSKI
JOHN D. MCLAUGHLIN, JR.
KAREN L. PASCALE

LAUREN HUDECKI
PATRICK A. JACKSON
KAREN E. KELLER
JENNIFER M. KINKUS
SARA BETH A. REYBURN KOHUT
EVANGELOS KOSTOULAS
PILAR G. KRAMAN
JOHN C. KUFFEL
TIMOTHY E. LENGKEEK
ANDREW A. LUNDGREN
MATTHEW B. LUNN
JAIME N. LUTON
ADRIA B. MARTINELLI
KATHALEEN MCCORMICK
TAMMY L. MERCER
MARIBETH L. MINELLA
MICHAEL S. NEIBURG
JENNIFER R. NOEL
ROBERT F. POPPITI, JR.
CHERYL A. SANTANIELLO
MICHAEL P. STAFFORD
ALEXANDER D. THALER
RICHARD J. THOMAS

SENIOR COUNSEL
CURTIS J. CROWTHER

OF COUNSEL
BRUCE M. STARGATT
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND
JOSY W. INGERSOLL

September 1, 2009

BY HAND DELIVERY

The Honorable Gregory M. Sleet
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

    RE: Washington Mutual, Inc., et al. Appeals
       No. 1:09-cv-0615-GMS
       No. 1:09-cv-0616-GMS
       No. 1:09-cv-0617-GMS
       No. 1:09-cv-0618-GMS

Dear Chief Judge Sleet:

  We are counsel to appellant the Federal Deposit Insurance Corporation, as receiver for Washington Mutual Bank (the "FDIC-Receiver") in two of the above-referenced actions (the "Appeals"). On behalf of all parties to these Appeals, I am writing to request an expedited telephonic scheduling conference to discuss the appropriate staging of the Appeals.

  On August 17, 2009, the Clerk of this Court issued notices that each of the Appeals had been docketed in accordance with Rule 8007(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); however the Appeals have not been sent to mediation in accordance with the Standing Order of the Court dated July 23, 2004. At present, the appellants' opening briefs on the merits must be served and filed by this Friday, September 4, 2009.

  The parties have different views on how the Appeals should best proceed given that motions for leave to appeal and motions for direct certification to the Third Circuit have

YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Honorable Gregory M. Sleet
September 1, 2009
Page 2

been filed and are pending before the Court. The parties are in agreement that the Appeals should be consolidated for the convenience of the Court, and a motion requesting the same will be submitted promptly. In the interim and in the event the Court determines that briefing with respect to the Appeals should proceed rather than be suspended pending the mediation process, the parties respectfully submit for Your Honor's consideration a proposed stipulated order extending the briefing schedule with respect to the Appeals for approximately 14 days.

Pursuant to Bankruptcy Rule 8009, each appellant's opening brief currently is due on September 4, 2009. Accordingly, the parties respectfully request that the Court enter the proposed stipulated order and set a scheduling conference at the Court's earliest convenience. Counsel is available at the Court's convenience in the event the Court has any questions or concerns.

Respectfully,

*M. Blake Cleary*

M. Blake Cleary

MBC:y

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* <br><br> WASHINGTON MUTUAL, INC., et al., <br><br> Debtors. | : <br> : <br> : <br> : <br> : <br> : | Chapter 11 <br><br> Case No. 08-12229 (MFW) |
| JPMORGAN CHASE BANK, N.A., <br><br> Appellant, <br><br> v. <br><br> WASHINGTON MUTUAL, INC., et al., <br><br> Appellees. | : <br> : <br> : <br> : <br> : <br> : <br> :: | No. 1:09-cv-0615-GMS <br><br> BK Adv. Proc. No. 09-50551 <br> BK AP No. 09-0063 |
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver, <br><br> Appellant, <br><br> v. <br><br> WASHINGTON MUTUAL, INC., et al., <br><br> Appellees. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | No. 1:09-cv-0616-GMS <br><br> BK Adv. Proc. No. 09-50551 <br> BK AP No. 09-0061 |

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver,<br><br>Appellant,<br><br>v.<br><br>WASHINGTON MUTUAL, INC., et al.,<br><br>Appellees. | :<br>:<br>: No. 1:09-cv-0617-GMS<br>:<br>: BK Adv. Proc. No. 09-50934<br>: BK AP No. 09-0060<br>:<br>:<br>:<br>:<br>: |
| JPMORGAN CHASE BANK, N.A.,<br><br>Appellant,<br><br>v.<br><br>WASHINGTON MUTUAL, INC., et al.,<br><br>Appellees. | :<br>:<br>:<br>: No. 1:09-cv-0618-GMS<br>:<br>: BK Adv. Proc. No. 09-50934<br>: BK AP No. 09-0064<br>:<br>:<br>: |

## STIPULATED ORDER AMENDING BRIEFING SCHEDULE

Subject to the approval of the Court, appellants the Federal Deposit Insurance Corporation, as receiver for Washington Mutual Bank (the "FDIC-Receiver") and JPMorgan Chase Bank, National Association ("JPMC") and appellees Washington Mutual, Inc. and WMI Investment Corp. (together, the "Debtors"), by their undersigned attorneys, stipulate and agree as follows:

WHEREAS, on July 6, 2009, the Bankruptcy Court entered two orders (the "Orders") denying the motions of the FDIC-Receiver and JPMC to stay or dismiss two adversary proceedings pending before that court, styled *JPMorgan Chase Bank, N.A. v. Washington Mutual, Inc.*, Adv. Proc. No. 09-50551 (MFW) (the "JPMC Adversary Proceeding") and *Washington Mutual, Inc. v. JPMorgan Chase Bank, N.A.*, Adv. Proc. No. 09-50934 (MFW)

2

(the "Turnover Proceeding"); [D.I. 68; D.I. 62].[1]

WHEREAS, on July 10, 2009, the FDIC-Receiver and JPMC each timely filed notices of appeal from the Orders (the "Appeals") together with motions, in the alternative, for leave to appeal if it is determined that the Orders are not appealable as of right [D.I. 71, 75; D.I. 72, 76];

WHEREAS, on August 17, 2009, the Clerk of this Court issued notices that each of the Appeals had been docketed in accordance with Rule 8007(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") without referring the Appeals to mediation in accordance with the Standing Order of the Court dated July 23, 2004;

WHEREAS, pursuant to Bankruptcy Rule 8009, appellants' opening briefs on the merits of the Appeals currently are due on September 4, 2009, with answering briefs due by September 21, 2009, and reply briefs due by October 1, 2009;

WHEREAS, on August 26, 2009, the FDIC-Receiver filed its request for certification for direct appeal to the Third Circuit of the two Appeals filed by the FDIC-Receiver pursuant to 28 U.S.C. § 158(d)(2) [D.I. 10; D.I. 10];

WHEREAS, the Debtors believe that merits briefing should be deferred until the motions for leave to appeal are ruled on, provided, that, if the Court determines that merits briefing should proceed before disposition of those motions, then Debtors agree that the schedule set forth below is reasonable;

---

[1] Except where discussing an event in only one of the two adversary proceedings at issue, citations to docket entries refer first to entries on the docket in the JPMC Adversary Proceeding, Adv. Proc. No. 09-50551 (MFW) or the applicable appeal, No. 1:09-cv-0616-GMS, and second to entries on the docket in the Turnover Proceeding, Adv. Proc. No. 09-50934 (MFW) or the applicable appeal, No. No. 1:09-cv-0617-GMS.

WHEREAS, JPMC and the FDIC-Receiver are prepared to proceed with merits briefing in this Court while the remaining briefing occurs with respect to the FDIC-Receiver's request for certification for direct appeal to the Third Circuit and while both that certification request and the motions for leave to appeal are pending; and

WHEREAS, the parties' agreement to the briefing schedule set forth below is without prejudice to their respective positions on the motions for leave and the request for certification for direct appeal.

WHEREAS, the parties have requested a scheduling conference before the Court to discuss the aforementioned issues.

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties and subject to Court approval, that briefing shall proceed on the following schedule, subject to revision pursuant to a scheduling conference before the Court:

| | |
|---|---|
| Appellant's Opening Brief due: | September 18, 2009 |
| Appellees' Answering Brief due: | October 19, 2009 |
| Appellant's Reply Brief due: | October 29, 2009 |

Dated: September 1, 2009

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | LANDIS RATH & COBB LLP |
| /s/ M. Blake Cleary | /s/ Adam G. Landis |
| Robert S. Brady (Bar No. 2847) | Adam G. Landis (No. 3407) |
| M. Blake Cleary (Bar No. 3614) | Matthew B. McGuire (No. 4366) |
| Jaime N. Luton (Bar No. 4936) | 919 Market Street |
| The Brandywine Building | Suite 1800 |
| 1000 West Street, 17th Floor | Wilmington, Delaware 19899 |
| Wilmington, Delaware 19801 | Telephone: (302) 467-4400 |
| Telephone: (302) 571-6600 | Facsimile: (302) 467-4450 |
| Facsimile: (302) 571-1253 | |
| rbrady@ycst.com | - and - |
| mbcleary@ycst.com | |
| jluton@ycst.com | |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ M. Blake Cleary
Robert S. Brady (Bar No. 2847)
M. Blake Cleary (Bar No. 3614)
Jaime N. Luton (Bar No. 4936)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
rbrady@ycst.com
mbcleary@ycst.com
jluton@ycst.com

- and -

Thomas R. Califano
John J. Clarke, Jr.
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Attorneys for the FDIC-Receiver, Appellant*
ELLIOTT GREENLEAF

/s/ Neil Lapinski
Rafael X. Zahralddin-Aravena (No. 4166)
Neil R. Lapinski (No. 3645)
Shelley A. Kinsella (No. 4023)
1105 North Market Street, Suite 1700
Wilmington, Delaware 19801
Telephone: (302) 384-9400
Facsimile: (302) 284-9399
Email: rxza@elliottgreenleaf.com
Email: nrl@elliottgreenleaf.com
Email: sak@elliottgreenleaf.com

-and-

LANDIS RATH & COBB LLP

/s/ Adam G. Landis
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
919 Market Street
Suite 1800
Wilmington, Delaware 19899
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

- and -

SULLIVAN & CROMWELL LLP
Bruce E. Clark
David H. Braff
Stacey R. Friedman
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Attorneys for JPMorgan Chase Bank,
National Association, Appellant*

QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP
Peter E. Calamari
Michael B. Carlinsky
Susheel Kirpalani
David Elsberg
51 Madison Avenue
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Special Litigation and Conflicts Co-Counsel to
Washington Mutual, Inc. and WMI Investment Corp.,
Appellees*

SO ORDERED this _____ day of _____, 2009

_____
United States District Court Judge