IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>WASHINGTON MUTUAL, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-12229 (MFW) |
| JPMORGAN CHASE BANK, N.A.,<br><br>Appellant,<br>v.<br>WASHINGTON MUTUAL, INC., *et al.*,<br><br>Appellees. | No. 1:09-cv-0615-GMS<br><br>Bk. Adv. No. 09-50551<br><br>Bk. Ap. No. 09-0061 |
| JPMORGAN CHASE BANK, N.A.,<br><br>Appellant,<br>v.<br>WASHINGTON MUTUAL, INC., *et al.*,<br><br>Appellees. | No. 1:09-cv-0618-GMS<br><br>Bk. Adv. No. 09-50934<br><br>Bk. Ap. No. 09-0060 |

**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE   )
                                         ) SS
NEW CASTLE COUNTY   )

  Michelle M. Dero, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, attorneys for JPMorgan Chase Bank, National Association in the above-referenced cases, and on the 4th day of September, 2009, she caused a copy of the following:

**APPELLANT JPMORGAN CHASE BANK, N.A.'S
REQUEST FOR CERTIFICATION** [Docket Nos. 17 and 18]

{683.001-W0002835.}

to be served upon the parties identified on the attached service list in the manner indicated.

_Michelle M. Dero_
Michelle M. Dero

SWORN TO AND SUBSCRIBED before me this 14th day of September, 2009.

_Cassandra D. Jawicki_
Notary Public

CASSANDRA [illegible] WICKI
Notary Public - State of Delaware
My commission expires Oct. 1, 2012

**JPMORGAN CHASE BANK, N.A. v. WASHINGTON MUTUAL, INC.,** *et al.*

**CASE NOS. 09-615 AND 09-618 (GMS)**

<u>SERVICE LIST</u>

*Via* **Hand Delivery**

(Counsel for Debtors)
Mark D. Collins, Esquire
Chun I. Jang, Esquire
Lee E. Kaufman, Esquire
*Richards, Layton & Finger, P.A.*
One Rodney Square
920 North King Street
Wilmington, DE 19801

*Via* **Hand Delivery**

Joseph J. McMahon, Jr., Esquire
*Office of the United States Trustee*
844 King Street, Room 2207
Wilmington, DE 19801

*Via* **First Class Mail**

(Special Litigation and Conflicts Counsel to Debtors)
Peter E. Calamari, Esquire
Michael B. Carlinsky, Esquire
Susheel Kirpalani, Esquire
*Quinn Emanuel Urquhart Oliver & Hedges LLP*
51 Madison Avenue, 22nd Floor
New York, NY 10010

*Via* **First Class Mail**

(Counsel for Official Committee of Unsecured Creditors)
Laurence Z. Shiekman, Esquire
Elizabeth S. Campbell, Esquire
*Pepper Hamilton LLP*
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103

*Via* **First Class Mail**

(Counsel for Debtors)
Brian S. Rosen, Esquire
Marcia L. Goldstein, Esquire
Michael F. Walsh, Esquire
*Weil, Gotshal & Manges LLP*
767 Fifth Avenue
New York, NY 10153

*Via* **Hand Delivery**

(Counsel for Official Committee of Unsecured Creditors)
David B. Stratton, Esquire
Evelyn J. Meltzer, Esquire
*Pepper Hamilton LLP*
1313 North Market Street
Wilmington, DE 19801

*Via* **Hand Delivery**

(Special Litigation and Conflicts Counsel to Debtors)
Neil R. Lapinski, Esquire
Rafael X. Zahralddin-Aravena, Esquire
*Elliott Greenleaf*
1105 North Market Street
Suite 1700
Wilmington, DE 19801

*Via* **Hand Delivery**

(Counsel for Washington Mutual, Inc. Noteholders Group)
Jeffrey M. Schlerf, Esquire
Eric M. Sutty, Esquire
*Fox Rothschild LLP*
919 North Market Street
Suite 1600
Wilmington, DE 19801

*Via* **First Class Mail**

D. Ashley Doherty, Esquire
*Federal Deposit Insurance Corporation*
3501 Fairfax Drive, VS-D7022
Arlington, VA 22226

*Via* **First Class Mail**

(Counsel for Harold Johnson and Gerald Pittenger, Beneficiaries Under Great Western Trusts)
Merrilee A. MacLean, Esquire
*Karr Tuttle Campbell*
1201 Third Avenue, Suite 2900
Seattle, WA 98101

*Via* **Hand Delivery**

(Counsel for FDIC – Receiver)
M. Blake Cleary, Esquire
*Young Conaway Stargatt & Taylor, LLP*
1000 West Street, 17th Floor
Wilmington, DE 19801

*Via* **First Class Mail**

(Counsel for Washington Mutual, Inc. Noteholders Group)
David S. Rosner, Esquire
Adam L. Shiff, Esquire
Paul M. O'Connor, Esquire
Seth A. Moskowitz, Esquire
*Kasowitz Benson Torres & Friedman LLP*
1633 Broadway
New York, NY 10019

*Via* **First Class Mail**
*WMI Investment Corp.*
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

*Via* **First Class Mail**

(Counsel for FDIC – Receiver)
Thomas R. Califano, Esquire
John J. Clarke, Jr., Esquire
*DLA Piper LLP (US)*
1251 Avenue of the Americas
New York, NY 10020-1104

*Via* **Hand Delivery**

(Counsel for Trust Committee and Ad Hoc Committee)
Kurt F. Gwynne, Esquire
*Reed Smith LLP*
1201 Market Street, Suite 1500
Wilmington, DE 19801

*Via* **First Class Mail**

(Counsel for Trust Committee and Ad Hoc Committee)
J. Andrew Rahl, Esquire
*Reed Smith LLP*
599 Lexington Avenue
New York, NY 10022

*Via* **First Class Mail**

*Washington Mutual, Inc.*
c/o Corporation Service Company
6500 Harbour Heights Parkway
Mukliteo, WA 98275

583.001-W0002836.}