

www.elliottgreenleaf.com
A Professional Corporation

1105 Market Street, Suite 1700
P.O. Box 2327
Wilmington, Delaware 19899
Phone: (302) 384-9400 • Fax: (302) 384-9399

October 13, 2009

The Honorable Gregory M. Sleet
Chief United States District Judge
United States District Court for the District of Delaware
844 King Street
Wilmington, DE 19801

      Re:    **In re: Washington Mutual, Inc.,** *et al.*
              **C.A. No. 09-cv-00615 (GMS)**

Dear Judge Sleet:

      Opening briefs in the above-referenced consolidated putative appeal have been filed and answering briefs will be filed on October 19, 2009 pursuant to the Stipulated Order Amending Briefing Schedule. Appellees have also filed an unopposed motion to exceed the page limit on their answering briefs while consolidating their responses into one submission.

      Pursuant to LDR 7.1.4, Appellees respectfully request oral argument on the questions of certification for direct appeal and any threshold questions of appellate jurisdiction including finality under the collateral order doctrine and the Appellants' motions for leave to appeal. We remain at the Court's disposal for a status conference as posited in Mr. Cleary's letter to the Court dated September 1, 2009.

                                                 Respectfully submitted,

                                                 Neil Lapinski

cc:    M. Blake Cleary
        Adam G. Landis
        John J. Clarke, Jr.
        Stacey R. Friedman
        Peter E. Calamari
        Rafael X. Zahralddin-Aravena