IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------x

JPMORGAN CHASE BANK, N.A.,

    *Appellant*,

v.

WASHINGTON MUTUAL, INC.

    -and-

WMI INVESTMENT CORP.,

    *Appellees*.

Docket No. 09-cv-615-GMS

---------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE )
         ) SS
NEW CASTLE COUNTY )

  Frances A. Panchak, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, attorneys for JPMorgan Chase Bank, National Association in the above-referenced cases, and that on the 29th day of October, 2009, she caused a copy of the following documents:

**APPELLANT JPMORGAN CHASE BANK, N.A.'S REPLY BRIEF [D.I.. 38]**

to be served upon the parties identified on the attached service list in the manner indicated.

              */s/ Frances A. Panchak*
              Frances A. Panchak

  SWORN TO AND SUBSCRIBED before me this 30th day of October, 2009.

              */s/ Kimberly A. Becker*
              Notary Public

              KIMBERLY A. BECKER
              NOTARY PUBLIC
              STATE OF DELAWARE
              My Commission Expires July 23, 2010

{683.001-W0003737.}

JPMORGAN CHASE BANK, N.A. v.
WASHINGTON MUTUAL, INC., *et al.*

CASE NOS. 09-615 AND 09-618 (GMS)

SERVICE LIST

*Via* Hand Delivery

(Counsel for Debtors)
Mark D. Collins, Esquire
Chun I. Jang, Esquire
Lee E. Kaufman, Esquire
*Richards, Layton & Finger, P.A.*
One Rodney Square
920 North King Street
Wilmington, DE 19801

*Via* Hand Delivery

Joseph J. McMahon, Jr., Esquire
*Office of the United States Trustee*
844 King Street, Room 2207
Wilmington, DE 19801

*Via* First Class Mail

(Special Litigation and Conflicts Co-Counsel for Debtors)
Peter E. Calamari, Esquire
Michael B. Carlinsky, Esquire
Benjamin I. Firestone, Esquire
David Elsberg, Esquire
Adam M. Abensohn, Esquire
*Quinn Emanuel Urquhart Oliver & Hedges LLP*
51 Madison Avenue
New York, NY 10010

*Via* First Class Mail

(Counsel for Official Committee of Unsecured Creditors)
Laurence Z. Shiekman, Esquire
Elizabeth S. Campbell, Esquire
*Pepper Hamilton LLP*
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103

*Via* First Class Mail

(Counsel for Debtors)
Brian S. Rosen, Esquire
Marcia L. Goldstein, Esquire
Michael F. Walsh, Esquire
*Weil, Gotshal & Manges LLP*
767 Fifth Avenue
New York, NY 10153

*Via* Hand Delivery

(Counsel for Official Committee of Unsecured Creditors)
David B. Stratton, Esquire
Evelyn J. Meltzer, Esquire
*Pepper Hamilton LLP*
1313 North Market Street
Wilmington, DE 19801

*Via* Hand Delivery

(Special Litigation and Conflicts Counsel to Debtors)
Neil R. Lapinski, Esquire
Rafael X. Zahralddin-Aravena, Esquire
*Elliott Greenleaf*
1105 North Market Street
Suite 1700
Wilmington, DE 19801

*Via* **Hand Delivery**

(Counsel for Washington Mutual, Inc. Noteholders Group)
Jeffrey M. Schlerf, Esquire
Eric M. Sutty, Esquire
*Fox Rothschild LLP*
919 North Market Street
Suite 1600
Wilmington, DE 19801

*Via* **First Class Mail**

(Counsel for Washington Mutual, Inc. Noteholders Group)
David S. Rosner, Esquire
Adam L. Shiff, Esquire
Paul M. O'Connor, Esquire
Seth A. Moskowitz, Esquire
*Kasowitz Benson Torres & Friedman LLP*
1633 Broadway
New York, NY 10019

*Via* **First Class Mail**

D. Ashley Doherty, Esquire
*Federal Deposit Insurance Corporation*
3501 Fairfax Drive, VS-D7022
Arlington, VA 22226

*Via* **First Class Mail**
*WMI Investment Corp.*
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

*Via* **First Class Mail**

(Counsel for Harold Johnson and Gerald Pittenger, Beneficiaries Under Great Western Trusts)
Merrilee A. MacLean, Esquire
*Karr Tuttle Campbell*
1201 Third Avenue, Suite 2900
Seattle, WA 98101

*Via* **First Class Mail**

(Counsel for FDIC - Receiver)
Thomas R. Califano, Esquire
John J. Clarke, Jr., Esquire
Richard F. Hans, Esquire
*DLA Piper LLP (US)*
1251 Avenue of the Americas
New York, NY 10020-1104

*Via* **Hand Delivery**

(Counsel for FDIC - Receiver)
M. Blake Cleary, Esquire
*Young Conaway Stargatt & Taylor, LLP*
1000 West Street, 17th Floor
Wilmington, DE 19801

*Via* **Hand Delivery**

(Counsel for Trust Committee and Ad Hoc Committee)
Kurt F. Gwynne, Esquire
*Reed Smith LLP*
1201 Market Street, Suite 1500
Wilmington, DE 19801

*Via* **First Class Mail**

(Counsel for Trust Committee and Ad Hoc Committee)
J. Andrew Rahl, Esquire
*Reed Smith LLP*
599 Lexington Avenue
New York, NY 10022

*Via* **First Class Mail**

*Washington Mutual, Inc.*
c/o Corporation Service Company
6500 Harbour Heights Parkway
Mukliteo, WA 98275

*Via* **First Class Mail**

(Special Litigation and Conflicts Co-Counsel for Debtors)
Erica P. Taggart, Esquire
*Quinn Emanuel Urquhart Oliver & Hedges, LLP*
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

583.001-W0002836.}