# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* <br><br> WASHINGTON MUTUAL, INC., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 08-12229 (MFW) |
| JPMORGAN CHASE BANK, N.A., <br><br> Appellant, <br><br> v. <br><br> WASHINGTON MUTUAL, INC., *et al.*, <br><br> Appellees. | No. 1:09-cv-0615-GMS <br><br> BK Adv. Proc. No. 09-50551 <br> BK AP No. 09-0063 |
| JPMORGAN CHASE BANK, N.A., <br><br> Appellant, <br><br> WASHINGTON MUTUAL, INC. AND WMI INVESTMENT CORP., <br><br> Appellees. | No. 1:09-cv-00734-GMS <br><br> Adv. Proc. No. 09-50551 |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION <br><br> Plaintiff, <br><br> v. <br><br> WASHINGTON MUTUAL INC., WMI INVESTMENT CORP. <br><br> and <br><br> FEDERAL DEPOSIT INSURANCE CORPORATION <br> Defendants. | Civil Action No. 09-656 (GMS) |

## STIPULATION TO STAY OF APPEALS

WHEREAS, on March 12, 2010, counsel to Washington Mutual, Inc. (together with WMI Investment Corp., the "Debtors") announced on the record before the U.S. Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") that they had reached an understanding with JPMorgan Chase Bank, N.A. ("JPMC") and the Federal Deposit Insurance Corporation, as receiver for Washington Mutual Bank (the "FDIC Receiver"), subject to definitive documentation and other conditions, that would potentially resolve all of their disputes, including the above-referenced proceedings before this Court (the "Actions").

WHEREAS, although the Parties are optimistic that they will be successful in finalizing their agreement, there is no absolute certainty in this regard or that the Bankruptcy Court will approve any agreement presented to it.

WHEREAS, the Parties are submitting this Stipulation to preserve the status quo while they attempt to finalize their proposed settlement, and this Stipulation is not evidence of any Party's agreement or lack of agreement to any such settlement or to any term thereof.

NOW THEREFORE, subject to the approval of the Court, in furtherance of the Court's Order directing the parties to file a Stipulation Staying these Matters for 30 days in lieu of the Letter Request to Stay [D.I. 42], the Parties, by and through their undersigned counsel, agree and stipulate to stay all of the above-captioned proceedings before this Court for thirty (30) days from the date of this Stipulation, or until any party notifies the Court that the action should no longer be stayed.

| | |
|---|---|
| Dated: April 16, 2010<br><br>___/s/ Neil R. Lapinski___<br>Rafael X. Zahralddin-Aravena (No. 4166)<br>Neil R. Lapinski (No. 3645)<br>Shelley A. Kinsella (No. 4023)<br>**ELLIOTT GREENLEAF**<br>1105 North Market Street, Suite 1700<br>Wilmington, Delaware 19801<br>Telephone: (302) 354-9400<br>Facsimile: (302) 384-9399<br><br>-and-<br><br>Peter E. Calamari<br>Michael B. Carlinsky<br>Susheel Kirpalani<br>David Elsberg<br>**QUINN EMANUEL URQUHART**<br>**& SULLIVAN, LLP**<br>51 Madison Avenue<br>New York, New York 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>*Special Litigation and Conflicts*<br>*Co-Counsel for Washington Mutual, Inc. and*<br>*WMI Investment Corp.* | Dated: April 16, 2010<br><br>_____<br>Adam G. Landis (No. 3407)<br>Matthew B. McGuire (No. 4366)<br>**LANDIS RATH & COBB LLP**<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19899<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br><br>-and-<br><br>Robert A. Sacks<br>Hydee R. Feldstein<br>**SULLIVAN & CROMWELL LLP**<br>1888 Century Park East<br>Los Angeles, California 90067<br>Telephone: (310) 712-6600<br>Facsimile: (310) 712-8800<br><br>Bruce E. Clark<br>Stacey R. Friedman<br>**SULLIVAN & CROMWELL LLP**<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br><br>*Counsel for JPMorgan*<br>*Chase Bank, National Association* |
| Dated: April 16, 2010<br><br>_____<br>David B. Stratton (DE No. 960)<br>Evelyn J. Meltzer (DE No. 4581)<br>**PEPPER HAMILTON, LLP**<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 777-6500<br>Facsimile: (302) 421-8390 | Dated: April 16, 2010<br><br>_____<br>Robert S. Brady (Bar No. 2847)<br>M. Blake Cleary (Bar No. 3614)<br>Jaime N. Luton (Bar No. 4936)<br>**YOUNG CONAWAY STARGATT &**<br>**TAYLOR, LLP**<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br><br>Telephone: (302) 571-6600 |

| Dated: April 16, 2010 | Dated: April 16, 2010 |
|---|---|
| Rafael X. Zahralddin-Aravena (No. 4166)<br>Neil R. Lapinski (No. 3645)<br>Shelley A. Kinsella (No. 4023)<br>**ELLIOTT GREENLEAF**<br>1105 North Market Street, Suite 1700<br>Wilmington, Delaware 19801<br>Telephone: (302) 354-9400<br>Facsimile: (302) 384-9399<br><br>-and-<br><br>Peter E. Calamari<br>Michael B. Carlinsky<br>Susheel Kirpalani<br>David Elsberg<br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>51 Madison Avenue<br>New York, New York 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>*Special Litigation and Conflicts Co-Counsel for Washington Mutual, Inc. and WMI Investment Corp.* | Adam G. Landis (No. 3407)<br>Matthew B. McGuire (No. 4366)<br>**LANDIS RATH & COBB LLP**<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19899<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br><br>-and-<br><br>Robert A. Sacks<br>Hydee R. Feldstein<br>**SULLIVAN & CROMWELL LLP**<br>1888 Century Park East<br>Los Angeles, California 90067<br>Telephone: (310) 712-6600<br>Facsimile: (310) 712-8800<br><br>Bruce E. Clark<br>Stacey R. Friedman<br>**SULLIVAN & CROMWELL LLP**<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br><br>*Counsel for JPMorgan Chase Bank, National Association* |
| Dated: April 16, 2010 | Dated: April 16, 2010 |
| David B. Stratton (DE No. 960)<br>Evelyn J. Meltzer (DE No. 4581)<br>**PEPPER HAMILTON, LLP**<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 777-6500<br>Facsimile: (302) 421-8390 | Robert S. Brady (Bar No. 2847)<br>M. Blake Cleary (Bar No. 3614)<br>Jaime N. Luton (Bar No. 4936)<br>**YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br><br>Telephone: (302) 571-6600 |

| Dated: April 16, 2010 | Dated: April 16, 2010 |
|---|---|
| Rafael X. Zahralddin-Aravena (No. 4166)<br>Neil R. Lapinski (No. 3645)<br>Shelley A. Kinsella (No. 4023)<br>**ELLIOTT GREENLEAF**<br>1105 North Market Street, Suite 1700<br>Wilmington, Delaware 19801<br>Telephone: (302) 354-9400<br>Facsimile: (302) 384-9399<br><br>-and-<br><br>Peter E. Calamari<br>Michael B. Carlinsky<br>Susheel Kirpalani<br>David Elsberg<br>**QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP**<br>51 Madison Avenue<br>New York, New York 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>*Special Litigation and Conflicts<br>Co-Counsel for Washington Mutual, Inc. and<br>WMI Investment Corp.* | Adam G. Landis (No. 3407)<br>Matthew B. McGuire (No. 4366)<br>**LANDIS RATH & COBB LLP**<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19899<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br><br>-and-<br><br>Robert A. Sacks<br>Hydee R. Feldstein<br>**SULLIVAN & CROMWELL LLP**<br>1888 Century Park East<br>Los Angeles, California 90067<br>Telephone: (310) 712-6600<br>Facsimile: (310) 712-8800<br><br>Bruce E. Clark<br>Stacey R. Friedman<br>**SULLIVAN & CROMWELL LLP**<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br><br>*Counsel for JPMorgan<br>Chase Bank, National Association* |
| Dated: April 16, 2010<br><br>David B. Stratton (DE No. 960)<br>Evelyn J. Meltzer (DE No. 4581)<br>**PEPPER HAMILTON, LLP**<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 777-6500<br>Facsimile: (302) 421-8390 | Dated: April 16, 2010<br><br>*/s/ Ja N. Luton*<br>Robert S. Brady (Bar No. 2847)<br>M. Blake Cleary (Bar No. 3614)<br>Jaime N. Luton (Bar No. 4936)<br>**YOUNG CONAWAY STARGATT &<br>TAYLOR, LLP**<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br><br>Telephone: (302) 571-6600 |

| Dated: April 16, 2010 | Dated: April 16, 2010 |
|---|---|
| Rafael X. Zahralddin-Aravena (No. 4166)<br>Neil R. Lapinski (No. 3645)<br>Shelley A. Kinsella (No. 4023)<br>**ELLIOTT GREENLEAF**<br>1105 North Market Street, Suite 1700<br>Wilmington, Delaware 19801<br>Telephone: (302) 354-9400<br>Facsimile: (302) 384-9399<br><br>-and-<br><br>Peter E. Calamari<br>Michael B. Carlinsky<br>Susheel Kirpalani<br>David Elsberg<br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>51 Madison Avenue<br>New York, New York 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>*Special Litigation and Conflicts Co-Counsel for Washington Mutual, Inc. and WMI Investment Corp.* | Adam G. Landis (No. 3407)<br>Matthew B. McGuire (No. 4366)<br>**LANDIS RATH & COBB LLP**<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19899<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br><br>-and-<br><br>Robert A. Sacks<br>Hydee R. Feldstein<br>**SULLIVAN & CROMWELL LLP**<br>1888 Century Park East<br>Los Angeles, California 90067<br>Telephone: (310) 712-6600<br>Facsimile: (310) 712-8800<br><br>Bruce E. Clark<br>Stacey R. Friedman<br>**SULLIVAN & CROMWELL LLP**<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br><br>*Counsel for JPMorgan Chase Bank, National Association* |
| Dated: April 16, 2010<br><br>/s/ David B. Stratton<br>David B. Stratton (DE No. 960)<br>Evelyn J. Meltzer (DE No. 4581)<br>**PEPPER HAMILTON, LLP**<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 777-6500<br>Facsimile: (302) 421-8390 | Dated: April 16, 2010<br><br>Robert S. Brady (Bar No. 2847)<br>M. Blake Cleary (Bar No. 3614)<br>Jaime N. Luton (Bar No. 4936)<br>**YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br><br>Telephone: (302) 571-6600 |

-and-

Laurence Z. Shiekman
Elizabeth S. Campbell
**PEPPER HAMILTON, LLP**
3000 Two Logan Square
18th & Arch Streets
Philadelphia, Pennsylvania 19103
Telephone: (215) 981-4000
Facsimile: (215) 981-4750

-and-

Fred S. Hodara
Robert A. Johnson
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

*Attorneys for the Official Committee of Unsecured Creditors of Washington Mutual, Inc., et al.*

Facsimile: (302) 571-1253
rbrady@ycst.com
mbcleary@ycst.com
jluton@ycst.com

- and -

Thomas R. Califano
John J. Clarke, Jr.
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Attorneys for the FDIC-Receiver, Appellant*