## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - -  x
```
*In re:*                                            :

WASHINGTON MUTUAL, INC., *et*                       :     Chapter 11
*al.*,                                              :
                                                    :     Case No. 08-12229 (MFW)
              Debtors.                              :
                                                    :
```
- - - - - - - - - - - - - - - - - - - - - - - - - - -  x
```
JPMORGAN CHASE BANK, N.A.,                          :
                                                    :
              Appellant,                            :     No: 1:09-cv-0615-GMS
        v.                                          :
                                                    :     BK Adv. Proc. No. 09-50551
WASHINGTON MUTUAL, INC., *et*                       :     BK AP No. 09-00063
*al.*,                                              :
                                                    :
              Appellees.                            :
```
- - - - - - - - - - - - - - - - - - - - - - - - - - -  x
```
JPMORGAN CHASE BANK, N.A.,                          :
                                                    :
              Appellant,                            :     No. 1:09-cv-00734-GMS
        v.                                          :
                                                    :     BK Adv. Proc. No. 09-50551
WASHINGTON MUTUAL, INC. AND                         :     BK AP No. 09-00072
WMI INVESTMENT CORP.,                               :
                                                    :
              Appellees.                            :
```
- - - - - - - - - - - - - - - - - - - - - - - - - - -  x
```
JPMORGAN CHASE BANK,                                :
NATIONAL ASSOCIATION,                               :
                                                    :
              Plaintiff,                            :
        v.                                          :
                                                    :
WASHINGTON MUTUAL INC., WMI                         :     Civil Action No. 09-656 (GMS)
INVESTMENT CORP.                                    :
                                                    :
              and                                   :
                                                    :
FEDERAL DEPOSIT INSURANCE                           :
CORPORATION,                                        :
                                                    :
              Defendants.                           :
```
- - - - - - - - - - - - - - - - - - - - - - - - - - -  x
```

## STAY ORDER

Upon consideration of the Joint Status Report and Motion to Stay Proceedings of Washington Mutual, Inc. and WMI Investment Corp., the Official Committee of Unsecured Creditors of Washington Mutual, Inc., *et al.*, the Federal Deposit Insurance Corporation in its capacity as receiver for Washington Mutual Bank, and JPMorgan Chase Bank, National Association (collectively, the "Parties"); and for good cause shown, it is hereby:

ORDERED that the Parties' Motion to Stay Proceedings is GRANTED;

ORDERED that these proceedings shall be and are hereby STAYED until October 31, 2010; and

ORDERED that the Parties shall report to the Court in writing as to the status of these matters by October 31, 2010.

Dated: June 30, 2010

United States District Court Judge